# COUNTY OF SUFFOLK



**SUFFOLK COUNTY CLERK'S OFFICE**

**JUDITH A. PASCALE**
SUFFOLK COUNTY CLERK
*WWW.SUFFOLKCOUNTYNY.GOV*
Court Actions
631-852-2000 ext. 55859

Date: 1/29/21

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB 04 2021 ★
LONG ISLAND OFFICE

To whom it may concern:

Please find a Certified Copy of our Clerk's Minutes for the E-filed Supreme Court case, Index # 614218/2020, along with a copy of the Notice of Removal or 8019(c) with order.

Since the above mentioned case is E-filed, there are no hard copies of the documents. If you need hard copies of the case, please refer to the Attorneys representing the parties who should be able to furnish your office with such copies.

If you have any questions, please call the number at the top of this page.

Thank you,


Tracy Lorenz
Principle Clerk Typist
E-filing Coordinator

21-cv-0007(GRB)(ST)

Rev. 12/26/19



# COUNTY CLERK'S OFFICE
## STATE OF NEW YORK
### COUNTY OF SUFFOLK

I, JUDITH A. PASCALE, Clerk of the County of Suffolk and the Cour of Record thereof do hereby certify that I have compared the annexed with the original **CLERKS MINUTES (NYSCEF)**

filed in my office on **01/29/2021**

and, that the same is a true copy thereof, and of the whole of such original.

In Testimony Whereof, I have hereunto set my hand and affixed the seal of said County and Court this **1/29/2021** .

SUFFOLK COUNTY CLERK

*Judith A. Pascale*

**JUDITH A. PASCALE**

SEAL

NYSCEF  
Suffolk County Supreme Court

**Document List**  
**Index #  614218/2020**

Created on: 01/29/2021 10:31 AM

Case Caption: ASG & C, Inc., a New York corporation; v. Arch Specialty Insurance Company, a Missouri corporation

Judge Name: David T Reilly

| Doc# | Document Type/Information | Status | Date Received | Filed By |
|---|---|---|---|---|
| 1 | SUMMONS + COMPLAINT | Processed | 10/01/2020 | Shapiro, A. |
| 2 | NOTICE OF MOTION | Processed | 10/09/2020 | Shapiro, A. |
| 3 | EXHIBIT(S)<br>Affidavit in support of Motion to appear Pro Hac Vice | Processed | 10/09/2020 | Shapiro, A. |
| 4 | RJI -RE: NOTICE OF MOTION | Processed | 10/09/2020 | Shapiro, A. |
| 5 | AFFIRMATION/AFFIDAVIT OF SERVICE | Processed | 11/17/2020 | Shapiro, A. |
| 6 | COURT NOTICE | Processed | 11/18/2020 | Court User |
| 7 | ORDER ( PROPOSED ) | Processed | 11/25/2020 | Shapiro, A. |
| 8 | AFFIRMATION<br>Attorney Affirmation | Processed | 11/25/2020 | Shapiro, A. |
| 9 | ORDER - MOTION- SHORT FORM | Processed | 12/01/2020 | Court User |
| 10 | NOTICE OF ENTRY<br>Notice of Entry with order | Processed | 12/07/2020 | Shapiro, A. |
| 11 | NOTICE OF REMOVAL / REMAND (POST RJI) | Processed | 01/02/2021 | Sandoval, K. |
| 12 | EXHIBIT(S)<br>Copy of Notice of Removal Filed in Federal Court | Processed | 01/02/2021 | Sandoval, K. |

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF SUFFOLK

---

ASG & C, Inc.,

                        Plaintiff,

    -against-

ARCH SPECIALTY INSURANCE
COMPANY,

                       Defendant.

Index No.: 614218/2020

**NOTICE OF FILING REMOVAL TO FEDERAL COURT**

---

    PLEASE TAKE NOTICE that defendant Arch Specialty Insurance Company removed this action from the Supreme Court of the State of New York, County of Suffolk, to the United States District Court for the Eastern District of New York and filed a Notice of Removal in the office of the Clerk of the United States District Court for the Eastern District of New York on January 2, 2021, a copy of which is attached as **Exhibit A**.

    This Notice serves to effect full removal of this case pursuant to 28 U.S.C. § 1446(d), thereby precluding this Court from proceeding further in this case, unless and until this case is remanded hereto by the United States District Court.

Dated: January 2, 2021

Respectfully submitted,

*/s/* Markham R. Leventhal
Markham R. Leventhal (NY Bar No. 2070399)
CARLTON FIELDS, P.A.
Suite 400 West
1025 Thomas Jefferson Street, NW
Washington, D.C. 20007-5208
Telephone: (202) 965-8100
Facsimile: (202) 965-8104
Email: mleventhal@carltonfields.com


Katelyn M. Sandoval
CARLTON FIELDS, P.A.
405 Lexington Avenue, 36th Floor
New York, New York 10174
Telephone: (212) 380-9630
Facsimile: (212) 785-5203
Email: ksandoval@carltonfields.com

*Attorneys for Defendant*
*Arch Specialty Insurance Company*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of January 2021, the foregoing document is being served by electronic mail on the following counsel of record:

Adam L. Shapiro, Esq.
Adam L Shapiro & Associates, P.C.
70-20 Austin Street, Suite 111
Forest Hills, New York 11375
Telephone: (718) 261-8500
Facsimile: (718) 732-2102
adam@shapirolawoffice.com

*Counsel for Plaintiff*

David H. Charlip, B.C.S., Esq.
Charlip Law Group L.C.
999 Brickell Avenue, Suite 840
Miami, Florida 33131
Telephone: (305) 354-9313

*Counsel for Plaintiff*

                                                 /s/ Markham R. Leventhal

124512392