**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------X
ASG & C, INC.,

                    Plaintiff,

       - against -

ARCH SPECIALTY INSURANCE COMPANY,

                    Defendant.
----------------------------------------------------------X

**JUDGMENT**
CV 21-0007 (GRB)(JMW)

     A Minute Order of Honorable Gary R. Brown, United States District Judge, having been filed on June 15, 2021, granting Defendant's motion to dismiss; and an Order Dismissing Case of Honorable Gary R. Brown, United States District Judge, having been filed on August 4, 2021, dismissing this case without leave to amend, and respectfully directing the Clerk of Court to close this case, it is

     **ORDERED AND ADJUDGED** that Plaintiff ASG & C, Inc., take nothing of Defendant Arch Specialty Insurance Company; that Defendant's motion to dismiss is granted; that this case is dismissed without leave to amend; and that this case is closed.

Dated: August 9, 2021
       Central Islip, New York

                         DOUGLAS C. PALMER
                         CLERK OF THE COURT

               BY:   /S/ JAMES J. TORITTO
                     DEPUTY CLERK